No. 106. OBER ET AL. *v.* NAGY ET AL., *ante,* p. 900;

No. 122. CUSTER CHANNEL WING CORP. ET AL. *v.* UNITED STATES, *ante,* p. 850;

No. 124. ESTATE OF BERRY ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 834;

No. 138. BLANE *v.* UNITED STATES, *ante,* p. 835;

No. 313. SELINGER *v.* BIGLER, SPECIAL AGENT, INTERNAL REVENUE SERVICE, ET AL., *ante,* p. 904;

No. 320. SERMAN ET AL. *v.* UNITED STATES, *ante,* p. 843;

No. 376. FISHER *v.* UNITED STATES, *ante,* p. 845;

No. 257, Misc. BURICH *v.* UNITED STATES, *ante,* p. 885;

No. 277, Misc. GUNZBURGER *v.* GARDNER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, *ante,* p. 885;

No. 301, Misc. BAILEY *v.* DEQUEVEDO, *ante,* p. 923;

No. 318, Misc. GRENE *v.* UNITED STATES, *ante,* p. 908; and

No. 325, Misc. POPE *v.* PARKER, WARDEN, *ante,* p. 886. Petitions for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of these petitions.

No. 381. LOCAL UNION No. 721, UNITED PACKINGHOUSE, FOOD & ALLIED WORKERS, AFL–CIO *v.* NEEDHAM PACKING CO., DBA SIOUX CITY DRESSED BEEF, *ante,* p. 830. Motion of United Steelworkers of America, AFL–CIO, et al., for leave to file a brief, as *amici curiae,* in support of rehearing granted. Petition for rehearing denied. *Elliot Bredhoff, Michael H. Gottesman, George H. Cohen, Bernard Kleiman* and *Stephen I. Schlossberg* on the motion.

No. 21, Misc. EVANS ET AL. *v.* LOUISIANA, *ante,* p. 887; and

No. 52, Misc. LITTLETON *v.* TEXAS, *ante,* p. 887. Motions for leave to file petitions for rehearing denied.